## CAMPBELL CO. v. COMMERCIAL SHIRT CO.
### No. 141.

Circuit Court of Appeals, Second Circuit.
Feb. 3, 1941.

Thomas J. Byrne, of New York City, for appellant.

Samuel E. Darby, Jr., of New York City (William S. Gluck, of New York City, and George H. Cohen, of Hartford, Conn., of counsel), for appellee.

Before SWAN, CHASE, and CLARK, Circuit Judges.

PER CURIAM.

The decree is affirmed on the ground of non-infringement.